IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ZONTA V. WEST, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Case No. CIV-13-17-M |
| | ) |
| JIM FARRIS, et al, | ) |
| | ) |
| Respondent. | ) |

## REPORT AND RECOMMENDATION

Petitioner, a prisoner appearing pro se, has filed a Motion for Leave to Proceed *In Forma Pauperis* and Supporting Affidavit [Doc. #2]. A review of Petitioner's motion and attached financial information indicates that Petitioner has sufficient funds in his institutional savings accounts to prepay the filing fee of $5.00. Accordingly, the undersigned hereby finds that Petitioner does not qualify for authorization to proceed *in forma pauperis*.

It is therefore recommended that the motion to proceed *in forma pauperis* be denied, and that unless Petitioner pays the $5.00 filing fee in full to the Clerk of the Court on or before **January 25, 2013**, this action be dismissed without prejudice to refiling.

Petitioner is advised of his right to object to this Report and Recommendation. *See* 28 U.S.C. § 636. Any objections must be filed with the Clerk of the District Court by

**January 25, 2013**. Fed.R.Civ.P. 72. Failure to make timely objection to this Report and Recommendation waives the right to appellate review of the factual and legal issues addressed herein. *Moore v. United States*, 950 F.2d 656 (10th Cir.1991).  This Report and Recommendation terminates all matters referred to the undersigned in the above captioned case.

**ENTERED** January 8, 2013.

_____
SHON T. ERWIN
UNITED STATES MAGISTRATE JUDGE