**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| ZONTA V. WEST, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| vs. | ) Case No. CIV-13-17-M |
| | ) |
| JIM FARRIS, et al., | ) |
| | ) |
| Respondent. | ) |

## ORDER

On January 8, 2013, United States Magistrate Judge Shon T. Erwin issued a Report and Recommendation in this action. The Magistrate Judge recommends that petitioner's motion to proceed *in forma pauperis* [docket no.2] be DENIED, and that unless petitioner pays the $5.00 filing fee in full to the Clerk of the Court on or before January 25, 2013, this action be dismissed without prejudice to refiling. The parties were advised of their right to object to the Report and Recommendation by January 25, 2013. On January 23, 2013 petitioner paid the filing fee in this case. No objection has been filed.

Upon de novo review, the Court:

(1) ADOPTS the Magistrate Judge's Report and Recommendation [docket no. 5] issued January 8, 2012;

(2) FINDS petitioner's Motion for Leave to Proceed in Forma Pauperis [docket no. 2] moot; and

(3)    RECOMMITS this case to the Magistrate Judge.

**IT IS SO ORDERED this 8th day of February, 2013.**

VICKI MILES-LaGRANGE
CHIEF UNITED STATES DISTRICT JUDGE