IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| ZONTA V. WEST, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Case No. CIV-13-17-M |
| | ) | |
| JIM FARRIS, | ) | |
| | ) | |
| Respondent. | ) | |

# ORDER

On November 5, 2013, United States Magistrate Judge Shon T. Erwin issued a Report and Recommendation in this action brought pursuant to 28 U.S.C. § 2254, seeking a writ of habeas corpus. The Magistrate Judge recommended that the petition for a writ of habeas corpus be denied. Petitioner was advised of his right to object to the Report and Recommendation by November 22, 2013. On April 24, 2014[1], petitioner filed his objection, particularly objecting to the Magistrate Judge's finding that his trial counsel was not ineffective in resting without calling an alibi witness and in questioning petitioner's co-defendants.

Having carefully reviewed this matter de novo, the Court:

1. ADOPTS the thorough and well-reasoned Report and Recommendation [docket no. 16] issued by the Magistrate Judge on November 5, 2013;

2. DENIES the Petition for Writ of Habeas Corpus; and

---

[1] The Court granted petitioner's multiple requests for extensions of time to respond to the Report and Recommendation.

3. ORDERS that judgment in favor of the respondent issue forthwith.

**IT IS SO ORDERED this 1st day of May, 2014.**

VICKI MILES-LaGRANGE
CHIEF UNITED STATES DISTRICT JUDGE